HELEN LEVINE, Individually and as Administratrix of the Estate of HAROLD LEVINE, Deceased, Appellant, v. CITY OF NEW YORK et al., Respondents. — Judgment of the Supreme Court, Kings County, entered October 4, 1974, and order of the same court, dated September 6, 1973, affirmed, without costs. No opinion. Plaintiffs' notice of appeal dated July 3, 1973 is hereby amended to state that the appeal thereby taken was from the above-mentioned judgment and is hereby validated although premature as to the judgment. Hopkins, Acting P. J., Martuscello, Latham, Shapiro and Christ, JJ., concur.